IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH RICHARD HUGHES, et al.,

    Plaintiffs,

v.

DANE COUNTY SHERIFFS, et al.,

    Defendants.

ORDER

15-cv-465-wmc

In an order entered on May 8, 2018, this court dismissed plaintiffs Kenneth and Michelle Hughes' proposed amended complaint for failure to comply with Fed. R. Civ. P. 8. (Dkt. #12.) Plaintiffs were directed to file a second amended complaint addressing only the facts related to claims of police misconduct, excessive force and false imprisonment arising out of Kenneth's arrest in October 2014. Plaintiffs were given a deadline of June 8, 2018, to submit an amended pleading that cured the deficiencies addressed in the May 8 order and further advised that failure to respond by the June 8 deadline would result in the case being dismissed with prejudice. The deadline has now passed and the court has received nothing from plaintiffs. Accordingly, the court is dismissing this case with prejudice for plaintiffs' failure to state a claim upon which relief may be granted.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for plaintiffs' failure to state a claim upon which relief may be granted.

1

2. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 28th day of June, 2018.

                              BY THE COURT:

                              /s/
                              _____
                              WILLIAM M. CONLEY
                              District Judge