IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHELLE MARIE HUGHES and<br>KENNETH RICHARD HUGHES, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | 15-cv-465-wmc |
| v. | |
| DANE COUNTY SHERIFF'S OFFICE and<br>JEFFERSON COUNTY HUMAN SERVICES, | |
| Defendants, | |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiffs' failure to prosecute.

| /s/ | 6/28/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |